FILED
CLERK, U.S. DISTRICT COURT
Apr 9, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHIRLEY LINDSAY,

    Plaintiff,

v.

WINNETKA PLAZA, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants,

Case: 2:14-CV-09820-SVW-RZ

**ORDER**

**ORDER**

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 9, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal    Case: 2:14-CV-09820-SVW-RZ